IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK BELL WALTON** : | **CIVIL ACTION** |
| : | |
| v. : | **NO. 12-6193** |
| : | |
| **COMMISSIONER OF SOCIAL** : | |
| **SECURITY ADMINISTRATION** : | |

## ORDER

**AND NOW**, this 31st day of December, 2013, upon consideration of Plaintiff's Request for Review (Document No. 10), the Commissioner's Response to Plaintiff's Request for Review (Document No. 11), the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Document No. 17), and after a thorough and independent review of the administrative record, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **DENIED**.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE, J.